FILED
2018 MAR 27 PM 10: 47
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GUSTAVO GALLARZO-RODRIGUEZ (2),<br><br>    Defendant. | Case No.: 17CR3301-CAB<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case against defendant Gustavo Gallarzo-Rodriguez be dismissed without prejudice.

IT IS SO ORDERED.

DATED: March 27, 2018.

HONORABLE CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE